# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FLOYD E. PATTERSON, JR., | : | No. 120 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ERIC TICE, SUPERINTENDENT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2020, the "Petition for Writ of Habeas Corpus *ad Subjiciendum*" and the "Motion for the Immediate Relief" are DENIED.